FILED

APR 17 2006

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-00681 JF/PVT |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER RE RELEASE AND INSPECTION OF DRUG EVIDENCE |
| vs. | ) ) | |
| FELIX LEYVA-ANAYA, | ) | **Hon. Patricia V. Trumbull** |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING AND ON MOTION OF THE DEFENDANT, IT IS HEREBY ORDERED that the United States Drug Enforcement Agency ("DEA") shall permit Judith L. Stewart of Analysis & Consulting in Toxicology, Inc., DEA Lic. No. RA0324664, 1933 Davis Street, Suite 270, San Leandro, California 94577, (510)633-1346, to reweigh the following DEA Drug Exhibits ("Exhibits") from DEA Case File No. RC 05-0016:

– Exhibit Number 1 (DEA Laboratory Number 7127721)
– Exhibit Number 2 (DEA Laboratory Number 7127972)

IT IS FURTHER ORDERED that a DEA Special Agent ("Agent") shall deliver the Exhibits from the DEA Western Laboratory to Ms. Stewart at a date and time agreed upon in advance by the Agent and Ms. Stewart. After receiving the exhibits from the Agent, Ms. Stewart shall sign a receipt for the Exhibits, identified by DEA Case File Number and Exhibit Number,

and shall permit the Agent to be present in her laboratory during her handling of the exhibits, at a location close enough to ensure the chain of custody and integrity of the exhibits. The Agent shall not be permitted to observe Ms. Stewart's work product, instrument readings or notes. Ms. Stewart shall use the Exhibits exclusively for the purpose of determining their weight, and shall safeguard the Exhibits, preserving the chain of custody in a manner to protect faithfully the integrity of the Exhibits.. Immediately upon the completion of her inspection and weighing of the Exhibits, Ms. Stewart shall return the Exhibits to the Agent, who shall in turn provide Ms. Stewart with a signed receipt for the Exhibits, identified by DEA Case Number and Exhibit Number. The Agent shall then return the Exhibits to the DEA Western Laboratory.

IT IS FURTHER ORDERED that the parties shall comply with Rule 16 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: April 17, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Granting Defendant's Motion for Discovery                    2