**E-filed 5/3/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00681 JF |
| Plaintiff, | ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| FELIX LEYVA-ANAYA,   a/k/a Felix Leyva, | ) ) ) | |
| Defendant. | ) ) | |

This matter came before the Court for a status hearing on Wednesday, April 27, 2006. Counsel for the government and the defendant were present. Based on the hearing, the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation, including obtaining reweighing of illegal narcotics seized in this case.

IT IS HEREBY ORDERED that this case is continued to Wednesday, May 10, 2006 at 9:00 a.m. for setting or disposition.

IT IS FURTHER ORDERED that the period of time from April 27, 2006 through and including May 10, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:

  Nunc pro tunc

  5/1/06                              _____
                                       JEREMY FOGEL
                                       United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   CYNTHIA C. LIE
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28