**E-Filed 7/6/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FELIX LEYVA-ANAYA,<br><br>    Defendant. | Case Number CR 05-681 JF (PVT)<br><br>ORDER OVERRULING OBJECTIONS TO JUNE 6, 2006 ORDER OF MAGISTRATE JUDGE TRUMBULL<br><br>[RE: Doc. No. 41] |

    On June 6, 2006, Magistrate Judge Trumbull issued an order granting a pretrial *in camera* hearing with respect to Defendant's request for the identities of two confidential informants. Judge Trumbull reserved the question of whether defense counsel may be present during the *in camera* hearing.

    The government filed objections to Judge Trumbull's ruling on June 20, 2006. Defendant filed a response on June 28, 2006. The government filed a reply on July 3, 2006. Oral argument was heard on July 5, 2006.

    For the reasons stated on the record at the hearing, the Court concludes that Judge Trumbull's ruling was not contrary to law or clearly erroneous. *See* Fed. R. Crim. P. 59(a). The

1 facts of the instant case are materially indistinguishable from those of *Roviaro v. United States*, 353 U.S. 53 (1957).  Accordingly, the government's objections are OVERRULED.

   IT IS SO ORDERED.

DATED: 7/5/06

_____
JEREMY FOGEL
United States District Judge

1   This Order was served on the following persons:
2
3   Matthew A. Lamberti     Matt.Lamberti@usdoj.gov,
4   Cynthia Lie    cynthia_lie@fd.org, susie_barrera@fd.org
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. CR 05-681 JF (PVT)
ORDER OVERRULING OBJECTIONS TO ORDER OF MAGISTRATE JUDGE
(JFLC2)