UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00681 JF |
| Plaintiff, ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| FELIX LEYVA-ANAYA, ) a/k/a Felix Leyva, ) ) | |
| Defendant. ) ) | |

This matter came before the Court for a status hearing on Wednesday, July 12, 2006. Counsel for the government and the defendant were present. Based on the hearing, and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to Wednesday, July 26, 2006 at 9:00 a.m. for trial setting.

IT IS FURTHER ORDERED that the period of time from July 12, 2006 through and including July 26, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:   7/12/06

_____
JEREMY FOGEL
United States District Judge

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

CYNTHIA C. LIE
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113