UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00681 JF (PVT) |
|---|---|
| Plaintiff, | ) |
| v. | ) PROTECTIVE ORDER FOR *IN CAMERA* PROCEEDING |
| FELIX LEYVA-ANAYA, a/k/a Felix Leyva, | ) |
| Defendant. | ) |

A federal grand jury has charged the defendant with two counts of distribution and possession with intent to distribute heroin. This Court has entered an order for an *in camera* hearing to determine whether, under *Rovario v. United States*, 353 U.S. 53, 59 (1957), information from two confidential sources in this case should be disclosed to the defendant. Participating in the *in camera* hearing will be Assistant United States Attorney Matthew A. Lamberti, counsel for the United States; a Drug Enforcement Administration agent; Assistant Federal Public Defender Cynthia C. Lie, counsel for defendant Felix Leyva-Anaya; the two confidential sources; a certified shorthand reporter; and a Spanish-language translator.

IT IS HEREBY ORDERED that:

1. The two confidential sources shall be questioned separately and outside the presence of each other.

2. Per the discussion at the hearing on this matter on October 18, 2006, the confidential sources shall not be asked to disclose their home address or similar personal information, and shall not be asked to disclose any information about any current or past investigations.

3. Defense counsel Ms. Lie shall be permitted to participate in the *in camera* hearing and to cross-examine the two confidential sources during the hearing.

//

PROTECTIVE ORDER
FOR *IN CAMERA* PROCEEDING
CR 05-00681 JF (PVT)

4. Ms. Lie shall not reveal any information disclosed during the proceedings to anyone, including defendant Felix Leyva-Anaya, unless and until the Court specifically authorizes disclosure of that information.

5. The date and time of the *in camera* hearing shall be provided only to the participants in the hearing and shall not be disclosed to anyone else.

6. Any transcript of the proceedings shall be kept sealed until further order of this Court.

7. The images or voices of the confidential sources shall not be photographed, taped, or otherwise recorded on their way to the hearing, during the hearing, or on their way from the hearing, except by the certified shorthand reporter transcribing the hearing.

8. Failure to abide by this order may result in sanctions by the Court as provided by law.

IT IS SO ORDERED.

DATED: 10/25/06

_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113

4  CYNTHIA C. LIE
   Assistant Federal Public Defender
5  160 W. Santa Clara Street, Suite 575
   San Jose, California 95113
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
FOR *IN CAMERA* PROCEEDING
CR 05-00681 JF (PVT)                          3