IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>FELIX LEYVA-ANAYA,<br><br>            Defendant. | No. CR-05-00681 JF/PVT<br><br>[~~PROPOSED~~] ORDER MODIFYING PROTECTIVE ORDER<br><br>**Hon. Patricia V. Trumbull** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Protective Order dated October 25, 2006 be amended to permit participants in the in camera hearing re Defendant's Motion to Compel Disclosure of Confidential Informants to disclose information learned therein to Mary Conn, successor defense counsel.

It is further ordered that Mary Conn, upon such disclosure, shall be subject to all remaining terms of said protective order.

Dated: January 4, 2007

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Modifying Protective Order            1