**\*\*E-filed 1/11/07\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00681 JF |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | |
| FELIX LEYVA-ANAYA, a/k/a Felix Leyva, | |
| Defendant. | |

This matter was set on Wednesday, January 10, 2007 for setting or disposition. Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Felix Leyva-Anaya, by and through his counsel Mary E. Conn, hereby AGREE AND STIPULATE that this matter be continued from January 10, 2007 at 9:00 a.m. to February 7, 2007 at 9:00 a.m.

The parties also AGREE AND STIPULATE that the period of time from January 10, 2007 through and including February 7, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because Mary E. Conn recently replaced Cynthia C. Lie as defense counsel and the defendant need additional time for continuity of counsel and effective preparation and investigation.


DATED:       1/5/07                         KEVIN V. RYAN
                                            United States Attorney

                                                        /s/
                                            _____
                                            MATTHEW A. LAMBERTI
                                            Assistant United States Attorney

                                                        /s/
DATED:       1/5/07                         _____
                                            MARY E. CONN
                                            Counsel for the Defendant

[~~PROPOSED~~] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as Mary E. Conn recently replaced Cynthia C. Lie as defense counsel and the defendant need additional time for continuity of counsel and effective preparation and investigation.

IT IS HEREBY ORDERED THAT this matter be continued from January 10, 2007 at 9:00 a.m. to February 7, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from January 10, 2007 through and including February 7, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED:    1/10/07

_____
HON. JEREMY FOGEL
United States District Judge

2

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

MARY E. CONN
55 River Street, Suite 100
Santa Cruz, California  95060