1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   SAN JOSE DIVISION

4   UNITED STATES OF AMERICA,              )   No. CR 05-00681 JF
                                          )
5            Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                          )   ORDER CONTINUING CASE AND
6      v.                                  )   EXCLUDING TIME UNDER THE
                                          )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
7                                          )
                                          )
8   FELIX LEYVA-ANAYA,                     )
        a/k/a Felix Leyva,                 )
9                                          )
             Defendant.                    )
                                          )
10  _____)

11        This matter was set for Wednesday, February 28, 2007 for setting or disposition.  Plaintiff

12  United States of America, by and through Assistant United States Attorney Matthew A.

13  Lamberti, and defendant Felix Leyva-Anaya, by and through his counsel Mary E. Conn, hereby

14  AGREE AND STIPULATE that this matter be continued from February 28, 2007 at 9:00 a.m. to

15  March 28, 2007 at 9:00 a.m.

16        The parties also AGREE AND STIPULATE that the period of time from February 28,

17  2007 through and including March 28, 2007, shall be excluded from the period of time within

18  which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the

19  defendant needs additional time for effective preparation and investigation.

20

21  DATED:  2/27/07                        SCOTT N. SCHOOLS
                                          United States Attorney
22
23                                              /S/
                                          _____
24                                        MATTHEW A. LAMBERTI
                                          Assistant United States Attorney
25
                                                /S/
26  DATED:  2/27/07                        _____
                                          MARY E. CONN
27                                        Counsel for the Defendant

28

1

[PROPOSED] ORDER

2   Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to

3   Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section

4   3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's

5   and the public's interests in a speedy trial inasmuch as the defendant needs additional time for

6   effective preparation and investigation.

7   IT IS HEREBY ORDERED THAT this matter be continued from February 28, 2007 at

8   9:00 a.m. to March 28, 2007 at 9:00 a.m.

9   IT IS FURTHER ORDERED that the period of time from February 28, 2007 through and

10  including March 28, 2007 be excluded from the period of time within which trial must

11  commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

12  IT IS SO ORDERED.

13

14  DATED:   3/2/07

15  HON. JEREMY FOGEL
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Copies to be served on:

2   MATTHEW A. LAMBERTI
    Assistant United States Attorney
3   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
4
    MARY E. CONN
5   55 River Street, Suite 100
    Santa Cruz, California  95060

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28