**E-filed 3/20/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00681 JF |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. ) | |
| FELIX LEYVA-ANAYA, ) a/k/a Felix Leyva, ) | |
| Defendant. ) | |

This matter is set for Wednesday, March 28, 2007 for setting or disposition. Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Felix Leyva-Anaya, by and through his counsel Mary E. Conn, hereby AGREE AND STIPULATE that this matter be continued from March 28, 2007 at 9:00 a.m. to April 11, 2007 at 9:00 a.m.

The parties also AGREE AND STIPULATE that the period of time from March 28, 2007 through and including April 11, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the Assistant United States Attorney assigned to the case will not be unavailable due to unanticipated official travel and the parties need additional time for effective preparation and investigation, including efforts to resolve this matter.

DATED: 3/16/07

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

/s/
_____
DATED: 3/19/07
MARY E. CONN
Counsel for the Defendant

[PROPOSED] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch the Assistant United States Attorney assigned to the case will not be unavailable due to unanticipated official travel and the parties need additional time for effective preparation and investigation, including efforts to resolve this matter.

IT IS HEREBY ORDERED THAT this matter be continued from March 28, 2007 at 9:00 a.m. to April 11, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from March 28, 2007 through and including April 11, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED:   3/20/07

HON. JEREMY FOGEL
United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113

4
   MARY E. CONN
5  55 River Street, Suite 100
   Santa Cruz, California  95060

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28