**E-filed 4/23/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FELIX LEYVA-ANAYA,<br>  a/k/a Felix Leyva,<br><br>  Defendant. | No. CR 05-00681 JF<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a possible disposition on Friday, April 20, 2007. Counsel for the government and the defendant were present. Based on the hearing, and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation, including discussing a possible disposition with his counsel.

IT IS HEREBY ORDERED that this case is continued to Wednesday, May 2, 2007 at 9:00 a.m. for setting or disposition.

IT IS FURTHER ORDERED that the period of time from April 20, 2007 through and including May 2, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:  4/23/07

_____
JEREMY FOGEL
United States District Judge

1  Copies to be served on:
2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   MARY E. CONN
5  55 River Street, Suite 100
   Santa Cruz, California  95060
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28